1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MANUEL RIVERA, | Case No. 1:14-cv-01423-SAB-PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| OFFICER BORDEN, | |
| Defendant. | |

Plaintiff Rivera a former Stanislaus County Jail inmate appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1]

On September 23, 2015, an order sent to Plaintiff at his address of record was returned by the U.S. Postal Service as undeliverable.  Local Rule 183(b) requires a pro se Plaintiff to keep the court advised of his address of record.  A failure to follow the Local Rules is a ground for dismissal.  An order to show cause was entered on November 30, 2015, directing Plaintiff to show cause why this action should not be dismissed for his failure to comply with the Local Rules. (ECF No. 24.)  Plaintiff was specifically cautioned that his failure to file a response would result in dismissal of this action pursuant to Local Rule 110.  Plaintiff has not filed a response to the November 30, 2015, order to show cause.

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on October 8, 2014.  (ECF No. 4.)

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state

2  a claim upon which relief could be granted.  The Clerk is directed to close this case.

3

4

   IT IS SO ORDERED.

5

6  Dated:   **January 4, 2016**  _____

                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28